MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Danetta L. Simpson (Plantiff)

In - Pro See

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

Wayne County (defendants)

Department of Elections

C/o Jennifer Redmond.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 4:24-cv-10572
Judge: Behm, F. Kay
MJ: Altman, Kimberly G.
Filed: 03-06-2024
CMP SIMPSON VS WAYNE COUNTY
DEPARTMETN OF ELECTIONS, ET AL (DP)

Jury Trial:    ☒ Yes    ☐ No
*(check one)*

## Complaint for Employment Discrimination

Appeal - Department of Civil Rights Decision

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _DANETTA L. Simpson_

Street Address _4810 Holcomb_

City and County _Detroit  Wayne County_

State and Zip Code _Michigan  48214_

Telephone Number _(313) - 758-8838_

E-mail Address _danetta simpson 1551(a)@mail.com_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name _Jennifer Redmond (government) Agency_

Job or Title (if known) _Director of Elections_

Street Address _500 Griswold st._

City and County _Detroit Michigan_

State and Zip Code _Michigan 48226_

Telephone Number _1- 313 - 224 - 5525_

E-mail Address (if known) _____

Defendant No. 2

Name _Wayne County Department of Elections_

Job or Title (if known) _For Secretary of State of Michigan_

Street Address _2 Woodward Ave # 207 - 5th Floor_

City and County _Detroit  Wayne_

State and Zip Code _Michigan  48226_

Telephone Number _1- 224 - 5525_

E-mail Address (if known) _____

2

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

C.   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | U. State Congressional Dist. 13 |
| Street Address | 231 W. Lafayette Blvd |
| City and County | Detroit Wayne |
| State and Zip Code | Michigan 48226 |
| Telephone Number | 1-337-593-5000 |

Michigan State House Capitial
Lansing Mi

Austin Building
Dist. #9.

3

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:



☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

4

MIED ProSe 7 (Rev 5/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☐ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☑ Unequal terms and conditions of my employment.
☑ Retaliation.
☑ Other acts *(specify)*: On July 21, 2022, Danetta L. Simpson were denied Unequal Service for U.S. Congress Dist #13 filing of Petitions by Director Jennifer Redmond Elections Director of Elections.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
July 21, 2022

C. I believe that defendant(s) *(check one)*:

☑ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race Black
☑ color Black
☑ gender/sex FEMALE
☑ religion Muslim
☐ national origin
☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
☐ disability or perceived disability *(specify disability)*

5

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

E.      The facts of my case are as follows.  Attach additional pages if needed.

I went to the W.C.O.O.E. on July 21, 2022 to turn in 5,500 pettitions for federal office U.S. Congressional District 13. and state Representative District 9. Jennifer Redmond discovered the primary date instead of the ~~general election~~ general date. She gave the pettitions back to me to correct the date. I realize I did not have enough time so I returned to the office to file them pettions us is. Jennifer Redmond did not file them Nor accept them. Filing Dead line is 4:00 pm. I arrived at 2:30. Due to her not accepting the pettions I signed up as a write-in Canidate To show proof I were there. She accepted my Write in Candaey paper work filing but she did not time stamp my paper work. To show proof of time filing. Jennifer Redmond has breechal her duties as Director of Elections also breech her duties with the secretary of state. It was told to me two weeks before the filing Dead line the my pettitions was not going to be accepted. Then I filed a compleent with the civil Rights Department. They issued a denial letter dated February 6, 2024 of denial. I'm wont to appeal ~~their~~ their decision becuse there has been Misleading Information given to them, W.C.O.O.E. did not submit the Video to show what took place on 7/21/22

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Civil Rights Attorney stated I have at file with Federal court to obtain the Video.

6

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

## IV.  Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_Civil Rights Commission_

B.  The Equal Employment Opportunity Commission *(check one)*:

☑  has not issued a Notice of Right to Sue letter. _Civil Rights Commiss._

☐  issued a Notice of Right to Sue letter, which I received on *(date)*

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐  60 days or more have elapsed.

☐  less than 60 days have elapsed.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.  I'm DANetta L Simpson is asking the Federal Courts, or state Courts, To grant me Relief in the Amount I'm determined to be entitled together with Cost, Interest and attorney fees. As well as other Relief of which I may be entitled to. Also I'm asking this court to request the video, and issue a charge of discrimination against W.C.D.O.E. I'm not a Employee of Congress or State House only these Courts has a jurisdiction to Issue such Charge and order the video.

_Danetta L Simpson_
3/6/2024

7

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _March  6_ , 20 _24_

Signature of Plaintiff    _Janetta L Simpson_

Printed Name of Plaintiff   _Janetta L. Simpson_

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

**Additional Information:**

# Social Security Administration
# **Benefit Verification Letter**

Date: January 11, 2024
BNC#: 24OM133K52736
REF: A, C1, C3, DI

DANETTA LYNESE SIMPSON
4810 HOLCOMB
DETROIT MI 48214-1390

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2023, the full monthly Social Security benefit before any deductions is $1,152.20.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,152.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on September 21, 2012.

**Information About Past Social Security Benefits**

From October 2023 to November 2023, the full monthly Social Security benefit before any deductions was $1,116.50.

We deducted $164.90 for medical insurance premiums each month.

The regular monthly Social Security payment was $951.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

See Next Page

24OM133K52736                                                    Page 2 of 3

**Information About Current Social Security Benefits**

Beginning July 1990, the full monthly Social Security benefit before any deductions is $0.00.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $0.00.
(We must round down to the whole dollar.)

Benefits were stopped beginning July 1990.

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

**Type of Social Security Benefit Information**

You are entitled to monthly benefits as a dependent of the wage earner.

**Information About Current Social Security Benefits**

Beginning July 1990, the full monthly Social Security benefit before any deductions is $0.00.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $0.00.
(We must round down to the whole dollar.)

Benefits were stopped beginning July 1990.

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

**Type of Social Security Benefit Information**

You are entitled to monthly benefits as a dependent of the wage earner.

**Information About Supplemental Security Income Payments**

Beginning July 2014, the current Supplemental Security Income payment is $0.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning July 2014.

We found that you became disabled under our rules on September 21, 2012.



24OM133K52736

Page 3 of 3

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning March 2015.

You are entitled to medical insurance under Medicare beginning March 2015.

Your Medicare number is 7QH9MX7XU29. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Date of Birth Information

The date of birth shown on our records is May 9, 1971.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

## Need more help?

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-877-405-7824**.

SOCIAL SECURITY
3400 CONNER ST
DETROIT MI 48215

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*



| GRETCHEN WHITMER | STATE OF MICHIGAN | JOHN E. JOHNSON, JR |
|---|---|---|
| GOVERNOR | DEPARTMENT OF CIVIL RIGHTS | EXECUTIVE DIRECTOR |
| | DETROIT | |

February 6, 2024

Danetta L. Simpson
4810 Holcomb
Detroit, MI 48214

RE: Reconsideration Request
    MDCR Case#: 629806
    Danetta L. Simpson v Wayne County Department of Elections

Dear Danetta L. Simpson:

A review of your letter requesting reconsideration and the re-examination of your file has affirmed that there is insufficient evidence under the department's rules to proceed further with this complaint. Your request that your complaint be reopened is therefore **denied**.

After review of your reconsideration appeal request and the MDCR master file it is determined that you did not provide new probative information supporting your allegations of unlawful religious discrimination or retaliation by Respondent. The department's investigation was adequate, and the closure decision was consistent with the facts revealed by the investigation. The complaint dismissal conclusion was correct and not made in error.

This letter constitutes the Department's final decision that it will not issue a charge on your behalf. Per Rule 37.18 of the Michigan Civil Rights Commission Rules, you may appeal this denial to the circuit court of the state of Michigan having jurisdiction provided by law, within 30 days of the date of service of this notice. *Pursuant to state law, the parties to such an appeal would include yourself and the respondent named in your original complaint.*

Sincerely,

David Stringer
Reconsideration Attorney
Phone: (313) 456-3794
Fax: (313) 456-3837
Email: StringerD@michigan.gov



## Benefit Summary Inquiry

| Case Name: | **Simpson, Danetta** | Case #: | **101493042** | Case Mode: | **Ongoing** |
|---|---|---|---|---|---|

Reset   Search

## Search Criteria

| Case #: | 101493042 | EDG #: | | Provider/Vendor ID: | |
|---|---|---|---|---|---|
| Grantee/CDC Indv Id #: | | Program Type: | | Warrant/EFT #: | |
| Benefit #: | | Invoice #: | | | |

## Effective Date Range

Begin Date:    03  / 06  / 2023       End Date:    03  / 06  / 2024

Reset   Search

## Search Results

| Case Number / Benefit # | Grantee / Provider Name | TOA | Service Type | Pay Begin Date / End Date | Benefit Type | Payment Amount | Recoup Amount | Warrant/EFT # | Available Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 101493042 / H44549280 | Simpson, Danetta L | FAP | | 03/01/2024-03/31/2024 | Ongoing | $158.00 | $0.00 | | 03/03/2024 | Paid |
| 101493042 / H44406225 | Simpson, Danetta L | FAP | | 02/01/2024-02/29/2024 | Supplemental | $60.00 | $0.00 | | 02/13/2024 | Paid |
| 101493042 / H43745869 | Simpson, Danetta L | FAP | | 02/01/2024-02/29/2024 | Ongoing | $98.00 | $0.00 | | 02/03/2024 | Paid |
| 101493042 / H42961068 | Simpson, Danetta L | FAP | | 01/01/2024-01/31/2024 | Ongoing | $98.00 | $0.00 | | 01/03/2024 | Paid |
| 101493042 / H42146515 | Simpson, Danetta L | FAP | | 12/01/2023-12/31/2023 | Ongoing | $143.00 | $0.00 | | 12/03/2023 | Paid |
| 101493042 / H41351919 | Simpson, Danetta L | FAP | | 11/01/2023-11/30/2023 | Ongoing | $143.00 | $0.00 | | 11/03/2023 | Paid |
| 101493042 / H40559533 | Simpson, Danetta L | FAP | | 10/01/2023-10/31/2023 | Ongoing | $143.00 | $0.00 | | 10/03/2023 | Paid |
| 101493042 / H40442371 | Simpson, Danetta L | FAP | | 09/01/2023-09/30/2023 | Initial | $114.00 | $0.00 | | 09/14/2023 | Paid |

**Benefit Summary Inquiry**

| Case Name: | **Simpson, Danetta** | Case #: | **101493042** | Case Mode: | **Ongoing** |
|---|---|---|---|---|---|

Reset  Search

**Search Criteria**

| Case #: | 101493042 | EDG #: | | Provider/Vendor ID: | |
|---|---|---|---|---|---|
| Grantee/CDC Indv Id #: | | Program Type: | | Warrant/EFT #: | |
| Benefit #: | | Invoice #: | | | |

**Effective Date Range**

Begin Date:  03 / 06 / 2023   End Date:  03 / 06 / 2024

Reset  Search

**Search Results**

| Case Number / Benefit # | Grantee / Provider Name | TOA | Service Type | Pay Begin Date / End Date | Benefit Type | Payment Amount | Recoup Amount | Warrant/EFT # | Available Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 101493042 / H38735935 | Simpson, Danetta L | FAP | | 08/01/2023- 08/31/2023 | Ongoing | $114.00 | $0.00 | | 08/03/2023 | Paid |
| 101493042 / H37948082 | Simpson, Danetta L | FAP | | 07/01/2023- 07/31/2023 | Ongoing | $114.00 | $0.00 | | 07/03/2023 | Paid |

*Civil Rights Copy*

POOR QUALITY ORIGINAL

POOR QUALITY ORIGINAL

I don't know why my signature is not on form.

POOR QUALITY ORIGINAL

POOR QUALITY ORIGINAL

## Affidavit of Identity and Receipt of Filing

**candidate information**

1.
first name
residential address
mailing address, if applicable

**additional information**

2.
phone number 313 757-7737
email address danetta Simpson

○ my name formally changed in the last 10 years for a reason other than marriage or divorce. If checked, print former name

**office sought/ ballot information**

3.
State Represe...
office name

No Party Affiliation
political party, if a partisan office. If running with a party affiliation...

DaNetta...
exact name I would like printed on the ballot

term (check one): ○ regular term ○ partial term expir...
election (check one): ○ primary election

judicial candidates only: ○ incumbent position

**filer's acknowledge-ment (check one)**

4.
☑ nominating or qualifying petitions
○ a filing fee of $100 (if applicable)
○ certification of party nomination and credential acceptance (if applicable)
judicial candidates only: ○ affidavit of constitutional qualification

**statements and attestation**

☑ I am a citizen of the United States...
I swear or affirm that the facts I have provided...

notary signature
subscribed and sworn to me on the
notary public, state of Michigan, county of
acting in the county of

I don't know why my signature is not on this form

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Danetta L. Simpson (Pro See)

**(b)** County of Residence of First Listed Plaintiff  *Wayne*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
4810 Holcomb Detroit Mich 48214

**DEFENDANTS**
Wayne County Department of Election

County of Residence of First Listed Defendant  *Wayne*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)* Department of Corporation
Counsel Rebecca Camargo 500 Griswald 21st
Detroit MI 46226  Floor

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*  Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☒ 441 Voting / ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Elliot Larceny Disabilities Act
Brief description of cause: Civil Rights Appeal denial LETTER

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.  DEMAND $ ___  CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: ① Drain Gershwin A 19cv-12122
JUDGE ② LEVY, Judith E.  DOCKET NUMBER 15-cv-1256B

DATE: *Danetta L Simpson*  March 6, 2024
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes   ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.          Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)          ☐ Yes   ☐ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes : _____