# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DANETTA L. SIMPSON,

     Plaintiff,

v.

     Case No. 24-cv-10572
     Honorable Brandy R. McMillion

WAYNE COUNTY DEPARTMENT
OF ELECTIONS, JENNIFER REDMOND

     Defendants.
_____/

## OPINION AND ORDER DENYING PLAINTIFF'S SECOND MOTION OR RECONSIDERATION (ECF NO. 27)

Plaintiff Danetta L. Simpson ("Simpson") filed this *pro se* action against Defendants Jennifer Redmond and the Wayne County Department of Elections alleging discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. and the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq, and seeking appeal of a decision from the Michigan Department of Civil Rights. *See generally* ECF No. 1. On October 10, 2024, the Court issued an Opinion and Order Granting Defendants' Motion to Dismiss. ECF No. 23. Plaintiff then filed a Motion for Reconsideration seeking to have the Court reverse its order dismissing the case. ECF No. 25. On October 23, 2024, the Court denied the Motion for Reconsideration.

1

ECF No. 26. Plaintiff has now filed a second Motion for Reconsideration. ECF No. 27.

Pursuant to Local Rule 7.1(h)(4), a motion to reconsider an order denying a motion to reconsider may ***not*** be filed. Therefore, Simpsons request is prohibited. Accordingly, Plaintiff's Motion for Reconsideration (ECF No. 27) is **DENIED**. Simpson is instructed that this case is **CLOSED**, and no further filings should be made in the District Court.

**IT IS SO ORDERED.**

Dated: November 15, 2024

s/Brandy R. McMillion
BRANDY R. MCMILLION
U.S. District Judge